NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FG SRC, LLC,**
*Appellant*

**v.**

**MICROSOFT CORPORATION,**
*Appellee*

---

2020-1993

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-01604.

---

**JUDGMENT**

---

JAY P. KESAN, DiMuroGinsberg, PC-DGKey IP Group, Tysons Corner, VA, argued for appellant.  Also represented by CECIL E. KEY; ALFONSO CHAN, ARI RAFILSON, Shore Chan DePumpo LLP, Dallas, TX.

CONSTANTINE L. TRELA, JR., Sidley Austin LLP, Chicago, IL, argued for appellee.  Also represented by RICHARD ALAN CEDEROTH; SCOTT BORDER, TYLER J. DOMINO, JOSEPH A. MICALLEF, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, LOURIE and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>May 6, 2021</u> | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |